AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Nevada__ on the following

☒ Trademarks or ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:16-cv-00066 | DATE FILED<br>2/11/2016 | U.S. DISTRICT COURT<br>District of Nevada |
|---|---|---|
| PLAINTIFF<br>Fortifiber Corporation | | DEFENDANT<br>Forta Corporation, Forta-Kote, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,839,612 | 5/11/2004 | Fortifiber |
| 2 | 2,622,665 | 5/24/2002 | Fortiflash |
| 3 | 2,568,416 | 5/7/2002 | Fortiflash 40 |
| 4 | 3,039,094 | 1/10/2006 | Fortifiber Building Systems Group |
| 5 | 4,194,184 | 8/21/2012 | Fortiflex |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>2/11/2016 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,600,337 | 9/9/2014 | Fortiseal |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case voluntarily dismissed May 25, 2016 |

| CLERK<br>Lance S. Wilson | (BY) DEPUTY CLERK<br>/s/ J. Cotter | DATE<br>5/26/2016 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy